# United States Court of Appeals for the Fifth Circuit

---

No. 22-50806
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
February 23, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Crisoforo Velazquez,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:22-CR-155-1

---

Before Smith, Southwick, and Douglas, *Circuit Judges*.

Per Curiam:[*]

Crisoforo Velazquez appeals his sentence for illegal reentry under 8 U.S.C. § 1326(a) and (b)(2), arguing that § 1326(b) is unconstitutional because it permits a sentence above the otherwise-applicable statutory maximum based on facts not charged or proved beyond a reasonable doubt. He has filed an unopposed motion for summary affirmance, conceding that

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-50806

his argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), and explaining that he seeks only to preserve it for further review.

Because Velazquez is correct in conceding that his argument is foreclosed, *see United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019), summary affirmance is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969). Accordingly, his motion is GRANTED, and the judgment of the district court is AFFIRMED.